

**In the
Court of Appeals
Sixth Appellate District of Texas at Texarkana**

No. 06-24-00091-CR

ROY DAVID ALLEN, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2023F00057

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

After Roy David Allen, Jr., pled guilty to the offense of attempted tampering with evidence, a Cass County jury assessed a sentence of twenty-four months' imprisonment. *See* TEX. PENAL CODE ANN. § 15.01(a), § 37.09(c) (Supp.). In our cause number 06-24-00090-CR, Allen also appeals from a conviction of possession of a controlled substance, resulting in a sentence of thirty-five years' confinement in prison. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(d) (Supp.). These two cases were disposed of in the same trial court proceeding.

On appeal, Allen has filed a single, consolidated brief raising one issue. Allen argues that when the jury assessed his sentences, it did not give "proper weight" to the mitigation evidence he presented during the punishment phase. We addressed that issue in detail in our opinion of this same date in Allen's appeal in cause number 06-24-00090-CR. For the reasons stated therein, we likewise find no error in this case.

We affirm the trial court's judgment.


Charles van Cleef
Justice

Date Submitted:     February 7, 2025
Date Decided:       April 11, 2025

Do Not Publish

2